FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN SUNG HONG,<br>    Petitioner,<br>    v.<br>GREG LEWIS,<br>    Respondent. | Case No. CV 11-03910 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 27, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY